CJA-23 (Rev 3/21)

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

IN THE UNITED STATES ☐ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify Below)

IN THE CASE OF _____ v. _____

FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Jacquez McCall**

1. ☐ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 22-1192
District Court:
Court of Appeals:

CHARGE/OFFENSE (Describe if applicable & check box→) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job? ☐ Yes ☒ No
IF YES, how much do you earn per month? _____
Will you still have a job after this arrest? ☐ Yes ☐ No ☒ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $ NO | |
| Car/Truck/Vehicle | $ Car | Audi A6 4,000 |
| Boat | $ NO | |
| Stocks/bonds | $ NO | |
| Other property | $ NO | |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts? ☐ Yes ☒ No
IF YES, give the total approximate amount after monthly expenses $ _____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $ 850 | $ |
| Groceries | $ 200 | $ |
| Medical expenses | $ 0 | $ |
| Utilities | $ 0 | $ |
| Credit cards | $ 0 | $ |
| Car/Truck/Vehicle | $ 330 | $ |
| Childcare | $ 0 | $ |
| Child support | $ 0 | $ |
| Insurance | $ 0 | $ |
| Loans | $ 0 | $ |
| Fines | $ 0 | $ |
| Other | $ 0 | $ |

I certify under penalty of perjury that the foregoing is true and correct.

*Jacquez McCall* — SIGNATURE OF DEFENDANT (OR PERSON SEEKING REPRESENTATION)

Date: 10-21-2022